**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08MJ8612 |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| VICTOR MANUEL FLORES-CEJA, | ) |
| Defendant. | ) |

    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                                      Respectfully submitted,

Dated: July 15, 2008                        /s/ *Leila W. Morgan*
                                                    **LEILA W. MORGAN**
                                                    Federal Defenders of San Diego, Inc.
                                                    Leila_Morgan@fd.org
                                                    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

DATED: July 15, 2008        */s/ Leila W. Morgan*
                            **LEILA W. MORGAN**
                            Federal Defenders of San Diego, Inc.
                            Leila_Morgan@fd.org